# MEMORANDUM DECISION

## ON REHEARING

Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.



**FILED**

May 02 2017, 5:47 am

**CLERK**
Indiana Supreme Court
Court of Appeals
and Tax Court

ATTORNEYS FOR APPELLANT

Kristen E. Prinz
Chicago, Illinois

Bryan Bullock
Merrillville, Indiana

ATTORNEYS FOR APPELLEES

Robert A. Anderson
Shannon L. Noder
Merrillville, Indiana

Libby Yin Goodknight
Indianapolis, Indiana

Jacqueline Sells Homann
South Bend, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

Sheila Manhas, M.D.,

*Appellant-Plaintiff,*

v.

Franciscan Hammond Clinic, LLC, Hammond Clinic, LLC, and Deepak Majmudar, M.D., Individually,

*Appellees-Defendants*

May 2, 2017

Court of Appeals Case No.
45A05-1602-CT-328

Appeal from the Lake Superior Court

The Honorable John Sedia, Judge

Trial Court Cause No.
45D01-1311-CT-216

**Altice, Judge.**

Appellees Franciscan Hammond Clinic, LLC, and Deepak Majmudar, M.D., filed a petition for rehearing, in which Appellee Hammond Clinic joined, asking us to reconsider our memorandum decision issued on February 24, 2017. We grant the petition for rehearing for the limited purpose of correcting a citation error.

In Paragraph 20 of our memorandum decision, this court set forth the proposition that "[a]s a matter of strict grammatical construction, the descriptive words in a phrase should, in the absence of punctuation, be referred to their nearest antecedent. . . ." We, however, inadvertently attributed this quote to *First Nat'l Bank of Peoria v. Farmers' & Merchants' Nat'l Bank of Wabash*, 171 Ind. 323, 86 N.E.417, 423 (1908), when in fact, the precise quotation was taken from *FLM, LLC v. Cincinnati Ins. Co.*, 973 N.E.2d 1167, 1176 (Ind. Ct. App. 2012) (citing *First Nat'l Bank of Peoria*, 171 N.E.2d 323, 86 N.E. at 423). *First Nat'l Bank of Peoria* states the principle as follows: "As a matter of strict grammatical construction, the descriptive words in *the latter part of the* phrase should, in the absence of punctuation, be referred to their last antecedent." 86 N.E. at 423 (emphasis supplied). We hereby grant rehearing to correct this citation error. Our opinion is hereby affirmed in all other respects.

Riley, J. and Crone, J., concur.